1    UNITED STATES DISTRICT COURT

2    DISTRICT OF NEVADA

3    JOHN ORRIS,                                Case No.  3:25-cv-00482-ART-CSD

4                              Plaintiff              **ORDER**

5            v.

6    LEDESMA, et al.,

7                              Defendants

8

9            On September 9, 2025, pro se plaintiff John Orris, an inmate in the custody of the

10   Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983.  (ECF

11   No. 1-1).  Plaintiff has neither paid the full $405 filing fee for this matter nor filed an

12   application to proceed *in forma pauperis*. (*See* ECF No. 1).

13   **I.    DISCUSSION**

14           The United States District Court for the District of Nevada must collect filing fees

15   from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee

16   for filing a civil-rights action is $405, which includes the $350 filing fee and the $55

17   administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the

18   fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev.

19   Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate

20   must submit **all three** of the following documents to the Court: (1) a completed

21   **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the

22   Court's approved form, that is properly signed by the inmate twice on page 3; (2) a

23   completed **Financial Certificate**, which is page 4 of the Court's approved form, that is

24   properly signed by both the inmate and a prison or jail official; and (3) a copy of the

25   **inmate's prison or jail trust fund account statement for the previous six-month

26   period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis*

27   status does not relieve an inmate of his or her obligation to pay the filing fee, it just means

28   that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

1

**II.    CONCLUSION**

2       It is therefore ordered that Plaintiff has **until November 10, 2025**, to either pay the

3  full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all

4  three required documents: (1) a completed application with the inmate's two signatures

5  on page 3, (2) a completed financial certificate that is signed both by the inmate and the

6  prison or jail official, and (3) a copy of the inmate's trust fund account statement for the

7  previous six-month period.

8       Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

9  Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

10  to refile the case with the Court, under a new case number, when Plaintiff can file a

11  complete application to proceed *in forma pauperis* or pay the required filing fee.

12       The Clerk of the Court is directed to send Plaintiff John Orris the approved form

13  application to proceed *in forma pauperis* for an inmate and instructions for the same and

14  retain the complaint (ECF No. 1-1) but not file it at this time.

15

16       DATED: September 10, 2025

17

18       _____
        UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28