UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN ORRIS, inmate #1006915,

Plaintiff,

v.

LEDESMA, *et al.*,

Defendants.

Case No. 3:25-cv-00482-ART-CSD

ORDER

This is Nevada inmate and pro se Plaintiff John Orris' 42 U.S.C. § 1983 civil rights complaint. The Court issued a screening order that concluded that Orris stated colorable claims of Eighth Amendment violations and stayed the case for Inmate Early Mediation. (ECF No. 11). The Northern Nevada Correctional Center law library returned that order and the order setting the date for the IEM with the notation that Orris had been discharged. (*See* ECF Nos. 14, 15.) However, NNCC staff had written the wrong inmate number on the top corner of the notice of electronic filing. (*See* ECF No. 15.) The Nevada Department of Corrections' inmate database indicates that John Orris, inmate #1006915, is currently incarcerated at NNCC.

IT IS THEREFORE ORDERED that the Clerk of the Court electronically **SERVE** a copy of this order and **RESEND** a copy of Plaintiff's First Amended Complaint (ECF No. 10), the screening order dated September 21, 2026 (ECF No. 11), and the order setting the IEM dated October 13, 2026 (ECF No. 13) to **Plaintiff John Austin Orris, #1006915 at NNCC**.

DATED: October 21, 2026.

UNITED STATES MAGISTRATE JUDGE